UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | FOR THE NORTHERN DISTRICT OF |
| | ) | TEXAS |
| | ) | Civil Action No. 4:16-CV-469-K |
| | ) | |
| ERIC TRADD SCHNEIDERMAN, | ) | |
| ATTORNEY GENERAL OF NEW YORK, | ) | |
| IN HIS OFFICIAL CAPACITY AND | ) | |
| MAURA TRACY HEALEY, ATTORNEY | ) | |
| GENERAL OF MASSACHUSETTS, IN | ) | |
| HER OFFICIAL CAPACITY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**PAWA LAW GROUP, P.C. AND MATTHEW PAWA'S MOTION TO QUASH
NONPARTY SUBPOENAS ISSUED BY EXXON MOBIL CORPORATION**

Pursuant to Fed. R. Civ. P. 45(d)(3), the Pawa Law Group, P.C. and Matthew Pawa (together, "PLG") hereby move for an order quashing two nonparty subpoenas issued by Exxon Mobil Corporation ("Exxon") in the above case. In further support of this motion, PLG alleges as follows:

1.   On November 9, 2016, Exxon served nonparty document subpoenas to PLG in the above Texas federal court case. The subpoenas requested compliance with a combined 32 requests for production by November 23, 2016 and requested that PLG produce documents at Fish & Richardson PC in Boston, Massachusetts.

1

2. Exxon's nonparty subpoenas should be quashed on multiple grounds. Among other grounds, the subpoenas: (1) violate PLG's First Amendment rights to freedom of association and to petition the government for redress; (2) seek to require disclosure of privileged and other protected matter; (3) the subpoenas are grossly overbroad; and (4) subject PLG to undue burden.

3. PLG further moves the Court for an order that under the circumstances of this motion, PLG should not be required to compile a privilege log because: (1) the subpoenas should be quashed on multiple, independent, grounds other than privilege; (2) the subpoenas on their face request law firm communications and files that obviously are protected by the attorney work product doctrine and/or attorney-client privilege, and thus the Court may evaluate the privilege claims without a privilege log; and (3) it would have been unduly burdensome to prepare a log in the time allowed, especially where Exxon unreasonably refused to give PLG an extension of any kind to respond to the subpoenas. PLG was thus forced to file this motion to quash.

4. PLG also moves the Court to "impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees," against Exxon and/or its counsel as required under Federal Rule of Civil Procedure 45(d)(1).

5. PLG expressly reserves its right to submit further argument and documentation in support of its request for sanctions once the Court has decided the motion to quash, including but not limited to, information sufficient to calculate reasonably attorney's fees and lost earnings.

6. Further grounds for the relief requested are set forth in PLG's accompanying Memorandum of Law submitted herewith.

7. Because Exxon unreasonably refused to give PLG an extension of any kind to respond to the subpoenas, PLG expressly reserves the right, if and as it may be necessary, to supplement this motion.

**WHEREFORE**, for the reasons set forth above and as further set forth in PLG's accompanying Memorandum of Law, PLG moves this Court for an order:

(1) Quashing Exxon's nonparty subpoenas to the Pawa Law Group, P.C. and Matthew Pawa;

(2) That under the circumstances of this motion, neither Pawa Law Group, P.C. nor Matthew Pawa are required to submit a privilege log;

(3) Imposing an appropriate sanction against Exxon and/or its counsel under Federal Rule of Civil Procedure 45(d)(1), including but not limited to "lost earnings and reasonable attorney's fees";

(4) That PLG is entitled to its costs, including reasonable attorneys' fees, incurred in filing this motion, to the full extent permitted by law; and

(5) For such further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pawa Law Group, P.C. and Matthew Pawa hereby respectfully request oral argument on this motion.

Dated: November 23, 2016

Respectfully submitted,

**PAWA LAW GROUP, P.C.**
**and,**
**MATTHEW PAWA**

By their attorneys,

/s/ Michael L. Chinitz
Michael L. Chinitz BBO# 552915
ROSE, CHINITZ & ROSE
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108

3

Telephone: (617) 536-0040
Fax: (617) 536-4400
mlc@rose-law.net

Catherine S. Duval BBO# 655004*
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
cduval@zuckerman.com

*pro hac vice* application forthcoming

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Catherine S. Duval, one of the counsel of record for the Pawa Law Group, P.C. and Matthew Pawa, hereby certify as follows:

1. On November 18, 2016, I communicated with Justin Anderson, an attorney for Exxon Mobil Corporation ("Exxon"), and asked him for an extension until December 9, 2016, to respond to the subpoenas Exxon served upon the Pawa Law Group, P.C. and Matthew Pawa, two nonparties to litigation pending in the United States District Court for the Northern District of Texas.

2. I explained to Mr. Anderson that my clients needed the extension in light of the short timeframe for response, the breadth of the requests, and the upcoming Thanksgiving holiday. Mr. Anderson refused, on behalf of Exxon, to agree to any extension.

3. On November 22, 2016, I informed Mr. Anderson that the Pawa Law Group, P.C. and Matthew Pawa intended to move to quash the subpoenas served by Exxon. I explained our position that the subpoenas are invalid in their entirety and requested that Exxon withdraw them. Mr. Anderson refused. I asked for Exxon's position on the motion to quash and Mr. Anderson informed me that Exxon opposed the motion to quash.

/s/ Catherine S. Duval
Catherine S. Duval BBO# 655004*
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
cduval@zuckerman.com
*pro hac motion to be filed

## CERTIFICATE OF SERVICE

I, Michael L. Chinitz, hereby certify that on November 23, 2016 the foregoing document filed through the CM/ECF system was served by me upon the following counsel of record in the underlying case by email and by first-class mail:

**Maura Healey, Attorney General of Massachusetts**

Richard Johnston
Melissa A. Hoffer
Christophe G. Courchesne
I. Andrew Goldberg
Peter C. Mulcahy
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Email: Richard.Johnston@state.ma.us
Email: melissa.hoffer@state.ma.us
Email: christophe.courchesne@state.ma.us
Email: andy.goldberg@state.ma.us
Email: peter.mulcahy@state.ma.us

Douglas A. Cawley
Richard A. Kamprath
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Email: dcawley@mckoolsmith.com
Email: rkamprath@mckoolsmith.com

**Eric Schneiderman, Attorney General of New York**

Peter D Marketos
Tyler J Bexley
Reese Gordon Marketos, LLP
750 N. St. Paul Street
Suite 610
Dallas, TX 75201
214-382-9803
Fax: 214-501-0731
Email: pete.marketos@rgmfirm.com
Email: tyler.bexley@rgmfirm.com

Jeffrey M Tillotson
Lynn Tillotson Pinker & Cox LLP

2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Email: jtillotson@tillotsonlaw.com

**Exxon Mobil Corporation**

Patrick J. Conlon
Daniel E. Bolia
Exxon Mobil Corporation
1301 Fannin Street
Houston, TX 77002
Email: patrick.j.conlon@exxonmobil.com
Email: daniel.e.bolia@exxonmobil.com

Theodore V. Wells, Jr.
Michele Hirshman
Daniel J. Toal
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Email: twells@paulweiss.com
Email: MHirshman@paulweiss.com
Email: DToal@paulweiss.com

Justin Anderson
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, NW
Washington, D.C.  20006-1047
Email: janderson@paulweiss.com

Nina Cortell
Haynes & Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
Email: nina.cortell@haynesboone.com

Ralph H. Duggins
Philip A. Vickers
Alix D. Allison
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Email: rduggins@canteyhanger.com
Email: pvickers@canteyhanger.com
Email: aallison@canteyhanger.com

/s/  Michael L. Chinitz
Michael L. Chinitz