UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | MBD No. 16-91354 |
| | * | |
| ERIC TRADD SCHNEIDERMAN, | * | |
| ATTORNEY GENERAL OF NEW YORK, | * | |
| IN HIS OFFICIAL CAPACITY AND | * | |
| MAURA TRACY HEALEY, ATTORNEY | * | |
| GENERAL OF MASSACHUSETTS, IN | * | |
| HER OFFICIAL CAPACITY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

December 1, 2016

TALWANI, D.J.

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge